**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**
**PITTSBURGH DIVISION**

| | |
|---|---|
| **IN RE:** | **CASE NO.: 24-20784** |
| | **CHAPTER 13** |
| **Brian Pendo,** | |
|   Debtor. | |
| | |
| **Amanda Pendo,** | |
|   Joint Debtor. | |

_____/

## NOTICE OF APPEARANCE AND REQUEST FOR SERVICE

**PLEASE TAKE NOTICE THAT** the undersigned counsel hereby appears on behalf of PNC Bank, National Association ("Secured Creditor"). Pursuant to Rule 2002 of the Federal Rules of Bankruptcy Procedure, the undersigned requests all notices given or required to be given and all papers required to be served in this case to creditors, any creditors committees, and any other parties-in-interest, be sent to and served upon the undersigned counsel and the following be added to the Court's Master Mailing List:

**Robert Shearer, ESQ.**
**ROBERTSON, ANSCHUTZ, SCHNEID, CRANE & PARTNERS, PLLC**
**13010 MORRIS ROAD, SUITE 450**
**ALPHARETTA, GA 30004**

                                        Robertson, Anschutz, Schneid, Crane & Partners, PLLC
                                        Attorney for Secured Creditor
                                        130 Clinton Rd #202
                                        Fairfield, NJ 07004
                                        Telephone: 470-321-7112
                                        Facsimile: 404-393-1425

                                        By: _\S\Robert Shearer_
                                            Robert Shearer, Esquire
                                            Pennsylvania Bar No. 83745
                                            Email: rshearer@raslg.com

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on April 16, 2024, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system, and a true and correct copy has been served via CM/ECF or United States Mail to the following:

BRIAN PENDO
331 STATE STREET
CHARLEROI, PA 15022

AMANDA PENDO
331 STATE STREET
CHARLEROI, PA 15022

And via electronic mail to:

SCOTT R. LOWDEN, ESQ
100 HEATHMORE AVENUE
PITTSBURGH, PA 15227

SCOTT R. LOWDEN, ESQ
100 HEATHMORE AVENUE
PITTSBURGH, PA 15227

RONDA J. WINNECOUR
SUITE 3250, USX TOWER 600 GRANT STREET
PITTSBURGH, PA 15219

OFFICE OF THE UNITED STATES TRUSTEE
1000 LIBERTY AVENUE SUITE 1316
PITTSBURGH, PA 15222

By: /s/ Emily Cheng