IN THE UNITED STATES BANKRUPTCY COURT FOR THE
WESTERN DISTRICT OF PENNSYVANIA

| | |
|---|---|
| In re: ) | |
| ) | Bankruptcy No. 24-20784-CMB |
| Brian Pendo, ) | |
| Amanda Pendo, ) | |
|     Debtor, ) | |
| ) | Chapter 13 |
| Brian Pendo, ) | |
| Amanda Pendo, ) | |
|     Applicant, ) | Doc. No. |
|     v. ) | |
| No Respondent ) | |
|     Respondent ) | |

**CERTIFICATION OF NO OBJECTION REGARDING**
**Application to Employ Realtor # 23**

The undersigned hereby certifies that, as of the date hereof, no answer, objection or other responsive pleading to the Application filed on April 18, 2024 has been received. The undersigned further certifies that the Court's docket in this case has been reviewed and no answer, objections or other responsive pleading to the motion appears thereon. Pursuant to the Notice of Hearing, objections to the Motion were to be filed and served no later than May 5, 2024.

It is hereby respectfully requested that the Order attached to the Application be entered by the Court.

Dated: 05/06/2024                      By:   /s/ David A Rice, Esq.
                                                 Rice & Associates Law Firm
                                                 15 West Beau Street, Washington, PA 15301
                                                 724-225-7270
                                                 PA 50329