IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: | ) |
| | ) Bankruptcy No. 24-20784-CMB |
| Brian Pendo, | ) |
| Amanda Pendo, | ) |
| | ) |
| Debtor, | ) |
| | ) Chapter 13 |
| Brian Pendo, | ) |
| Amanda Pendo, | ) |
| Applicant, | ) Doc. No. |
| v. | ) |
| No Respondent | ) |
| Respondent | ) |

### CERTIFICATE OF SERVICE OF ORDER AUTHORIZING EMPLOYMENT OF REALTOR

I, David A Rice, Esq., certify under penalty of perjury that I served the Order Authorizing Employment of Realtor at Docket #28, on May 7, 2024 by US Postal Service First Class Mail on the following:

Ronda J Winnecour, Trustee
Suite 3250, USX Tower
600 Grant Street
Pittsburgh, PA  15219

Office of US Trustee
1001 Liberty Avenue
Suite 970
Pittsburgh, PA  15222

Armand Ferrara
SWC Realty
740 Tri County Lane, Suite 106
Rostraver TWP, PA. 15012

EXECUTED ON: May 7, 2024

By:  /s/ David A Rice
David A Rice
PA ID No. 50329
Rice & Associates Law Firm
15 W. Beau Street
Washington, PA 15301
(724) 225-7270
ricelaw1@verizon.net