IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: ) | |
| ) | Bankruptcy No. 24-20784-CMB |
| Brian Pendo, ) | |
| Amanda Pendo, ) | |
|     Debtor, ) | |
| ) | Chapter 13 |
| Brian Pendo, ) | |
| Amanda Pendo, ) | |
|     Applicant, ) | Doc. No. 23 |
|     v. ) | |
| No Respondent ) | **ENTERED BY DEFAULT** |
|     Respondent ) | |

**ORDER AUTHORIZING EMPLOYMENT OF REALTOR**

    AND NOW, this 7th day of May, 2024, upon consideration of the within Application to Employ Realtor by the Debtor's, it is ORDERED, ADJUDGED, and DECREED as follows:

    1. The above referenced Application is hereby approved as of the date the Application was filed.

    2. **Realtor Armand Ferrara** is hereby appointed as Realtor for the Debtor in this bankruptcy proceeding pursuant to the terms described in the Listing Agreement attached to the application for the purpose of Acting as the Debtor's agent in connection with the sale of real estate located at **331 State Street, Charleroi, PA. 15022.** Compensation is a fee basis of 6% of the sales price upon the sale of the property.

    3. Professional persons or entities performing services in the above case are advised that approval of fees for professional services will be based on other factors as well including results accomplished, the time and labor reasonably required by the applicant to perform the task(s) involved, the customary fee for similar services, the time limitations imposed by the retention or the circumstances encountered while performing the services, the relationship of the services, if any, to the ultimate bid amount for the subject property, and the extent and nature of awards in similar cases.

    4. Approval of any application for appointment of a professional in which certain fees are requested is not an agreement by the Court to allow such fees in the requested amount. Final compensation, as awarded by the Court after notice and hearing, may be more or less than the requested amount based on application of the above criteria.

    5. **Applicant shall serve the within Order on all interested parties and file a certificate of service.**

*Carlota M. Böhm*
United States Bankruptcy Judge    **dmr**

FILED
5/7/24 8:52 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 24-20784-CMB |
| Brian Pendo | Chapter 13 |
| Amanda Pendo | |
|     Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 1 of 2 |
| Date Rcvd: May 07, 2024 | Form ID: pdf900 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 09, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Brian Pendo, Amanda Pendo, 331 State Street, Charleroi, PA 15022-2629 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| r | | Armand Ferrara, SWC Realty, 740 Tri County Lane, Suite 106 |

TOTAL: 1 Undeliverable, 0 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: May 09, 2024          Signature:    /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 7, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| David A. Rice | |
| | on behalf of Joint Debtor Amanda Pendo ricelaw1@verizon.net lowdenscott@gmail.com |
| David A. Rice | |
| | on behalf of Debtor Brian Pendo ricelaw1@verizon.net lowdenscott@gmail.com |
| Denise Carlon | |
| | on behalf of Creditor PNC BANK NATIONAL ASSOCIATION dcarlon@kmllawgroup.com |
| Office of the United States Trustee | |
| | ustpregion03.pi.ecf@usdoj.gov |
| Robert Shearer | |

| District/off: 0315-2 | User: auto | Page 2 of 2 |
|---|---|---|
| Date Rcvd: May 07, 2024 | Form ID: pdf900 | Total Noticed: 1 |

          on behalf of Creditor PNC Bank  National Association rshearer@raslg.com

Ronda J. Winnecour
          cmecf@chapter13trusteewdpa.com

Scott R. Lowden
          on behalf of Debtor Brian Pendo lowdenscott@gmail.com

Scott R. Lowden
          on behalf of Joint Debtor Amanda Pendo lowdenscott@gmail.com

TOTAL: 8