IN THE UNITED STATES BANKRUPTCY COURT FOR THE
WESTERN DISTRICT OF PENNSYVANIA

IN RE:

Brian Pendo,
Amanda Pendo,

    Debtors,

Brian Pendo,
Amanda Pendo,
    Movants,
vs

No Respondents,

    Respondent.

Bankruptcy No.: 24-20784-CMB
Chapter 13
Document No.:

## CERTFICATE OF SERVICE

I hereby certify that I served a true and correct copy of the Text Order at Docket 37 and the Amendment to Schedules I and J on each party listed below by first class U.S. mail on May 22, 2024.

Ronda J Winnecour, Trustee
Suite 3250, USX Tower
600 Grant Street
Pittsburgh, PA 15219

Office of US Trustee
1001 Liberty Avenue
Suite 970
Pittsburgh, PA 15222

    Attorney for Movant(s):
    Rice & Associates Law Firm
    /s/ David A Rice, Esq.
    15 West Beau Street
    Washington, PA 15301
    724-225-7270
    ricelaw1@verizon.net
    PA ID# 50329