**PROCEEDING MEMO**

**Date: 07/11/2024 02:30 pm**

**In re:**  **Brian Pendo**
**Amanda Pendo**

**Bankruptcy No. 24-20784-CMB**
**Chapter: 13**
**Doc. #42**

**Appearances:**  Ronda Winnecour, Brent J. Lemon, David Rice, Chris Wright

**Nature of Proceeding:** #42 Motion For Approval of Sale Free and Clear of All Liens, Claims, and Encumbrances

Outcome: Hearing held. No higher or better offers. No objections. Sale confirmed. Motion granted. Order to be submitted by attorney Rice on or before July 15, 2024.

Carlota Böhm
U.S. Bankruptcy Judge

FILED
7/12/24 10:00 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA