IN THE UNITED STATES BANKRUPTCY COURT FOR THE
WESTERN DISTRICT OF PENNSYVANIA

| | | |
|---|---|---|
| In Re: | : | Bankruptcy: 24-20784-CMB |
| Brian Pendo, | : | |
| Amanda Pendo, | : | |
|      Debtors, | : | |
| | : | Chapter 13 |
| | : | |
| Brian Pendo, | : | |
| Amanda Pendo, | : | |
|      Movants, | : | |
| | : | Related to Document No. |
| v. | : | |
| PNC Bank, National Association, | : | |
| Washington County Tax Claim Office, | | |
| Charleroi Area School District, Twilight | | |
| Borough, Authority of the Borough of | | |
| Charleroi, Keystone Collections Group, | | |
| and Ronda J. Winnecour, Trustee, | : | |
|      Respondents. | : | |

## CERTFICATE OF SERVICE

I hereby certify that I served a true and correct copy of the Court Order Approving Sale dated July 12, 2024 on each entity listed on the attached Mailing Matrix in the manner stated on July 12, 2024.

                                          Attorney for Movant(s):
                                          Rice & Associates Law Firm
                                          /s/ David A Rice, Esq.
                                          15 West Beau Street
                                          Washington, PA  15301
                                          724-225-7270
                                          ricelaw1@verizon.net
                                          PA ID# 50329

Served Via ECF:

Ronda J. Winnecour, Trustee
3250 USX Tower, 600 Grant Street
Pittsburgh, PA 15219

US Trustee
1001 Liberty Avenue, Ste. 970
Pittsburgh, PA 15222

PNC Bank, NA
Denise Carlon, Esq.
dcarlon@kmllawgroup.com

PNC Bank, NA
Michelle McGowan, Esq
mimcgowan@raslg.com

PNC Bank, NA
Robert Shearer, Esq.
rshearer@raslg.com

Served Via US Postal Service First-class Mail:

Armand Ferrara/Jamie Beckinger
SWC Realty
740 Tri County Lane, Suite 106
Rostraver Twp., PA 15102

Washington County Tax Claim Office
95 W. Beau Street, Suite 525
Washington, PA 15301

Beth & Justin Pennington
2610 Country Club Dr.
Pittsburgh, PA 15205

PNC Bank, National Association
Attn: Bankruptcy Dept.
3232 Newmark Drive
Miamisburg, OH 45342

Keystone Collections Group
PO Box 426
Irwin, PA 15642

Charleroi Area School District
& Twilight Borough
c/o Ashley Brand Tax Collector
46 Grasshopper Lane
Charleroi, PA 15022

Authority of the Borough of Charleroi
3 McKean Ave.
Charleroi, PA 15022

Amo Realty
James Sarson, Agent
2001 Market St., Ste. 2500
Philadelphia, PA 19103

PNC Bank, NA
Denise Carlon, Esq.
KML Law Group, PC
701 Market St., Suite 5000
Philadelphia, PA 19106

PNC Bank, NA
Michelle McGowan, Esq./Robert Shearer, Esq
Robertson, Anschutz, Schneid, Crane
& Partners, PLLC
13010 Morris Rd., Suite 450
Alpharetta, GA 30004