IN THE UNITED STATES BANKRUPTCY COURT FOR THE
WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:<br>Brian Pendo,<br>Amanda Pendo, | Bankruptcy Case No. 24-20784-CMB<br>Chapter 13 |
| Debtor, | |
| Brian Pendo,<br>Amanda Pendo, | |
| Movant, | |
| v | |
| No Respondent. | |

### NOTICE OF CHANGE OF DEBTORS' ADDRESS

Debtor's former mailing address:

Brian & Amanda Pendo
331 State Street
Charleroi, PA. 15022

Debtor's current and future address:

Brian & Amanda Pendo
118 Howard Street
Charleroi, PA. 15022

Dated: 07/29/2024

/s/: David A. Rice, Esq.
Attorney for Debtor(s)
15 West Beau Street
Washington, PA   15301
ricelaw1@verizon.net
724-225-7270
PA ID 50329