IN THE UNITED STATES BANKRUPTCY COURT FOR THE
WESTERN DISTRICT OF PENNSYVANIA

In Re: : Bankruptcy No. 24-20784-CMB
    Brian Pendo, :
    Amanda Pendo, :
          Debtor(s) :
    Brian Pendo, :
          Movant(s) :
           : Related to Document No.
    v. :
    Gaefke Installations, LLC., :
          Respondent(s) :

## **CERTIFICATE OF SERVICE**

I hereby certify that I served a true and correct copy of the Court Order to Pay Trustee Pursuant to Wage Attachment dated August 1, 2024 and a completed Local Bankruptcy Form 12 on each party listed below by first class U.S. mail on August 1, 2024.

Gaefke Installations, LLC
Attn: Payroll Manager
1219 Braun Road
Bethel Park, PA. 15102

                                            Attorney for Movant(s):
                                            Rice & Associates Law Firm
                                            /s/ David A Rice, Esq.
                                            15 West Beau Street
                                            Washington, PA 15301
                                            724-225-7270
                                            ricelaw1@verizon.net
                                            PA ID# 50329