**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**
**PITTSBURGH DIVISION**

| | |
|---|---|
| In re:<br><br>Brian Pendo and Amanda Pendo,<br><br>                 Debtors<br><br>PNC Bank, National Association,<br>                           Movant<br>    v.<br>Brian Pendo and Amanda Pendo,<br><br>                Debtors/Respondents<br><br>Ronda J. Winnecour,<br><br>                 Trustee/Respondent | Bankruptcy No. 24-20784-CMB<br><br>Chapter 13<br><br>Related to Doc. No.31 |

## PRAECIPE TO WITHDRAW

**PLEASE TAKE NOTICE THAT**, on behalf of PNC Bank, National Association the undersigned hereby withdraws the following document:

    **Docket Entry #31 - PNC Bank, National Association Objection to Confirmation of Debtor's Chapter 13 Plan, filed on May 10, 2024.**

    Respectfully Submitted,

    **Robertson, Anschutz, Schneid, Crane & Partners, PLLC**
    By: /s/Michelle L. McGowan, Esq.
    Michelle L. McGowan, Esq., Esquire
    13010 Morris Rd., Suite 450
    Alpharetta, GA 30004
    Phone: (470) 321-7112
    Fax: (404) 393-1425
    Email: mimcgowan@raslg.com

**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**
**PITTSBURGH DIVISION**

| | |
|---|---|
| In re:<br><br>Brian Pendo and Amanda Pendo,<br><br>　　　　　　　　　Debtors<br><br>PNC Bank, National Association,<br>　　　　　　　　　　Movant<br>　　v.<br>Brian Pendo and Amanda Pendo,<br><br>　　　　　　　　Debtors/Respondents<br><br>Ronda J. Winnecour,<br><br>　　　　　　　　Trustee/Respondent | Bankruptcy No. 24-20784-CMB<br><br>Chapter 13<br><br>Related to Doc. No.31 |

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on August 21, 2024, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system, and a true and correct copy has been served via CM/ECF or United States Mail to the following parties:

Scott R. Lowden
Scott R. Lowden, Esq
100 Heathmore Avenue
Pittsburgh, PA 15227

Ronda J. Winnecour
Suite 3250, USX Tower
600 Grant Street
Pittsburgh, PA 15219

Office of the United States Trustee
1000 Liberty Avenue
Suite 1316
Pittsburgh, PA 15222
Brian Pendo

118 Howard Street
Charleroi, PA 15022

Amanda Pendo
118 Howard Street
Charleroi, PA 15022

                Respectfully Submitted,

                **Robertson, Anschutz, Schneid, Crane & Partners, PLLC**
                By: /s/Michelle L. McGowan, Esq.
                Michelle L. McGowan, Esq., Esquire
                13010 Morris Rd., Suite 450
                Alpharetta, GA 30004
                Phone: (470) 321-7112
                Fax: (404) 393-1425
                Email: mimcgowan@raslg.com