IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

In Re:   Brian Pendo,                                    :   Bankruptcy No. 24-20784-CMB
         Amanda Pendo,                                   :
                         Debtor(s)                       :
                                                         :
         Brian Pendo,                                    :
         Amanda Pendo,                                   :
                         Movant(s)                       :
              v.                                         :
                                                         :
         No Respondents                                  :
                         Respondent(s)                   :

## DEBTORS' CERTIFICATION OF DISCHARGE ELIGIBILITY

1. The Debtors have made all payments required by the Chapter 13 Plan.

2. Include whichever one of the two following statements applies:
   [The Debtors are not required to pay any Domestic Support Obligations]

3. The Debtors are entitled to a discharge under the terms of Section 1328 of the Bankruptcy Code. The Debtors have not received a prior discharge in a bankruptcy case within the time frames specified in Section 1328(f)(1) of the Bankruptcy Code. Section 1328(h) of the Bankruptcy Code does not render the Debtors ineligible for a discharge.

4. On 10/7/2024, at docket numbers 71 and 72, Debtors complied with Federal Rule of Bankruptcy Procedure 1007(c) by filing a *Certification of Completion of Postpetition Instructional Course in Personal Financial Management*, with the *Certificate of Completion* attached to the form.

   This Certification is being signed under penalty of perjury by (*include whichever one of the two following statements applies):* [Undersigned Counsel duly questioned Debtor(s) about the statements in this Certification and verified the answers in support of this Certification.]

   Dated: October 21, 2024            By:   /s/ David A Rice
                                             Signature
                                             David A Rice
                                             Name of Filer – Typed
                                             PA ID 50329
                                             Rice & Associates Law Firm
                                             15 West Beau Street
                                             Washington, PA 15301
                                             (724) 225-7270
                                             ricelaw1@verizon.net