UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:<br>　BRIAN PENDO<br>AMANDA PENDO<br>　　　　Debtor(s)<br>　Ronda J. Winnecour, Trustee<br>　　Movant<br>　　　　vs.<br>　BRIAN PENDO<br>AMANDA PENDO<br><br>　　　Respondents | Case No. 24-20784CMB<br><br>Chapter 13<br><br>Document No. 78 |

**ORDER TO STOP PAYROLL DEDUCTIONS**

　AND NOW, this  22nd  day of  October , 20 24, it is hereby ORDERED, ADJUDGED, and DECREED that,

Gaefke Installations
Attn: Payroll Manager
1219 Braun Rd
Bethel Park, PA 15102

is hereby ordered to immediately terminate the attachment of the wages of BRIAN PENDO, social security number XXX-XX-6044.  No future payments are to be sent to Ronda J. Winnecour, Trustee on behalf of BRIAN PENDO.

BY THE COURT:

_Carlota M. Böhm_  **dmr**
UNITED STATES BANKRUPTCY JUDGE

cc: Debtor(s)
　　Debtor(s) Attorney

FILED
10/22/24 12:57 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 24-20784-CMB |
| Brian Pendo | Chapter 13 |
| Amanda Pendo | |
|     Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 1 of 2 |
| Date Rcvd: Oct 22, 2024 | Form ID: pdf900 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 24, 2024:**

| Recip ID | Recipient Name and Address |
|---|---|
| db/jdb | + Brian Pendo, Amanda Pendo, 118 Howard Street, Charleroi, PA 15022-1079 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 24, 2024         Signature:        /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 22, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brent J. Lemon | on behalf of Creditor PNC BANK NATIONAL ASSOCIATION blemon@kmllawgroup.com, lemondropper75@hotmail.com |
| David A. Rice | on behalf of Joint Debtor Amanda Pendo ricelaw1@verizon.net lowdenscott@gmail.com |
| David A. Rice | on behalf of Debtor Brian Pendo ricelaw1@verizon.net lowdenscott@gmail.com |
| Denise Carlon | on behalf of Creditor PNC BANK NATIONAL ASSOCIATION dcarlon@kmllawgroup.com |
| Michelle L. McGowan | on behalf of Creditor PNC Bank National Association mimcgowan@raslg.com |
| Office of the United States Trustee | |

| District/off: 0315-2 | User: auto | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Oct 22, 2024 | Form ID: pdf900 | Total Noticed: 1 |

    ustpregion03.pi.ecf@usdoj.gov

Robert Shearer
    on behalf of Creditor PNC Bank  National Association rshearer@raslg.com

Ronda J. Winnecour
    cmecf@chapter13trusteewdpa.com

Scott R. Lowden
    on behalf of Debtor Brian Pendo lowdenscott@gmail.com

Scott R. Lowden
    on behalf of Joint Debtor Amanda Pendo lowdenscott@gmail.com


TOTAL: 10