# UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE:

BRIAN PENDO
AMANDA PENDO

      Debtors

FORD MOTOR CREDIT COMPANY LLC

      (Movant)

v.

BRIAN PENDO
AMANDA PENDO
      (Debtors)

RONDA J. WINNECOUR
      (Trustee)

      Respondents

Chapter 13
Case No. 24-20784-CMB

Related to Doc. No. 95

**ENTERED BY DEFAULT**

## ORDER

AND NOW, this 25th day of February, 2025, upon consideration of the Motion for Relief from Automatic Stay filed by Ford Motor Credit Company LLC, and any responses thereto, it is hereby ORDERED, ADJUDGED, and DECREED that:

1. The Motion is GRANTED.

2. The automatic stay imposed by 11 U.S.C. § 362(a) is hereby modified for purposes of permitting the Movant to proceed and continue with an action to sale with respect to the 2021 Ford F-150 VIN 1FTEW1EP7MFB85618 (the "Vehicle") to repossess, levy and sell the Vehicle, and to pursue its remedies under state law in connection with the loan documents.

3 . This grant of relief from stay shall remain in full force and effect, notwithstanding any

subsequent conversion of this case to another chapter.

BY THE COURT:

CARLOTA M. BOHM, JUDGE
U.S. BANKRUPTCY COURT

FILED
2/25/25 3:03 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

United States Bankruptcy Court

Western District of Pennsylvania

In re:                                                                        Case No. 24-20784-CMB

Brian Pendo                                                              Chapter 13

Amanda Pendo

    Debtors

# CERTIFICATE OF NOTICE

District/off: 0315-2                    User: auto                                    Page 1 of 2

Date Rcvd: Feb 25, 2025          Form ID: pdf900                      Total Noticed: 1

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 27, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Brian Pendo, Amanda Pendo, 118 Howard Street, Charleroi, PA 15022-1079 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 27, 2025                    Signature:          /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 25, 2025 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Brent J. Lemon | on behalf of Creditor PNC BANK  NATIONAL ASSOCIATION blemon@kmllawgroup.com, lemondropper75@hotmail.com |
| David A. Rice | on behalf of Debtor Brian Pendo ricelaw1@verizon.net  lowdenscott@gmail.com |
| David A. Rice | on behalf of Joint Debtor Amanda Pendo ricelaw1@verizon.net  lowdenscott@gmail.com |
| Denise Carlon | on behalf of Creditor PNC BANK  NATIONAL ASSOCIATION dcarlon@kmllawgroup.com |
| Michael H Kaliner | on behalf of Creditor Ford Motor Credit Company LLC mkaliner@orlans.com |
| Michelle L. McGowan | |

District/off: 0315-2                          User: auto                                    Page 2 of 2
Date Rcvd: Feb 25, 2025                   Form ID: pdf900                            Total Noticed: 1

on behalf of Creditor PNC Bank  National Association mimcgowan@raslg.com

Office of the United States Trustee
                          ustpregion03.pi.ecf@usdoj.gov

Robert Shearer
                          on behalf of Creditor PNC Bank  National Association rshearer@raslg.com

Ronda J. Winnecour
                          cmecf@chapter13trusteewdpa.com

Scott R. Lowden
                          on behalf of Debtor Brian Pendo lowdenscott@gmail.com

Scott R. Lowden
                          on behalf of Joint Debtor Amanda Pendo lowdenscott@gmail.com


TOTAL: 11