IN THE UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

IN RE:
BRIAN PENDO
AMANDA PENDO
    Debtor(s)

Ronda J. Winnecour
    Movant
    vs.
No Repondents.

Case No.: 24-20784

Chapter 13

Document No.: 93

## ORDER OF COURT

AND NOW, this __21st__ day of __March__, 20__25__, upon consideration of the **Chapter 13 Trustee's Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements**, and following notice to the creditors and an opportunity to be heard, it is hereby **ORDERED, ADJUDGED** and **DECREED**, as follows:

(1). This Court finds that the Chapter 13 plan, as supplemented by any and all amendments, has been fully and finally completed.

(2). The debtor(s) is/are entitled to and shall receive a discharge in this case pursuant to Section 1328(a) of the Bankruptcy Code.

(3). To the extent not previously terminated, the wage attachment(s) issued in this case is/are immediately terminated and the debtor(s) shall serve a copy of this order on any affected employer(s).

(4). Property of the estate hereby revests in the debtor(s). This revestment of property is free and clear of any and all claims or interests except as otherwise treated in the plan or in the Order confirming the Plan. All restrictions of the debtor(s)' use of the property of the estate is hereby terminated.

(5). Each and every creditor is bound by the provisions of the completed plan, whether or not the claim of such creditor is provided for in the Plan, and whether or not such creditor has objected to, has accepted or rejected the plan. All mortgage and other secured debts provided for by the Plan are hereby found to be cured of any and all monetary defaults as of the payment date for which the Trustee last made a distribution, and no additional interest, late fees or penalties may be assessed for time periods or payments due prior to that date.

(6). After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee shall file UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account (the "Final Report"). Upon submission of the Final Report, the Trustee is discharged from her duties in this case and the case will be closed.

FILED
3/21/25 10:54 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

BY THE COURT:

_Carlota M. Böhm_
U.S. BANKRUPTCY JUDGE    **dmr**

United States Bankruptcy Court

Western District of Pennsylvania

In re:  Case No. 24-20784-CMB
Brian Pendo  Chapter 13
Amanda Pendo
    Debtors

# CERTIFICATE OF NOTICE

District/off: 0315-2      User: auto      Page 1 of 3
Date Rcvd: Mar 21, 2025      Form ID: pdf900      Total Noticed: 30

The following symbols are used throughout this certificate:
**Symbol     Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 23, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Brian Pendo, Amanda Pendo, 118 Howard Street, Charleroi, PA 15022-1079 |
| 15702247 | + | REVCO/Spartan Health, P.O. Box 163279, Columbus, OH 43216-3279 |
| 15815719 | + | Washington County Tax Claim Office, 95 West Beau St. Ste 525, Washington, PA 15301-6837 |
| 15702251 | + | Washington Hospital, Attn: Billing Dept., 155 Wilson Avenue, Washington, PA 15301-3398 |

TOTAL: 4

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/PDF: acg.acg.ebn@aisinfo.com | Mar 22 2025 00:53:45 | Ford Motor Credit Company, LLC c/o AIS Portfolio S, 4515 N. Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| cr | + | Email/PDF: acg.acg.ebn@aisinfo.com | Mar 22 2025 00:53:22 | Ford Motor Credit Company, LLC, c/o AIS Portfolio, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| cr | + | Email/Text: RASEBN@raslg.com | Mar 22 2025 00:46:00 | PNC Bank, National Association, Robertson, Anschutz, Schneid, Crane, 13010 Morris Road, Suite 450, Alpharetta, GA 30004-2001 |
| cr | + | Email/PDF: acg.acg.ebn@aisinfo.com | Mar 22 2025 00:53:46 | Synchrony Bank c/o AIS Portfolio Services LLC., 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 15702240 | + | Email/PDF: AffirmBKNotifications@resurgent.com | Mar 22 2025 00:53:49 | Affirm, Inc., Attn: Bankruptcy, 650 California St, Fl 12, San Francisco, CA 94108-2716 |
| 15702241 | + | Email/Text: bankruptcy@firstenergycorp.com | Mar 22 2025 00:46:00 | Collection Service Center, 839 Fifth Avenue, New Kensington, PA 15068-6303 |
| 15702242 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Mar 22 2025 00:46:00 | Comenity Bank/Victoria Secret, Attn: Bankruptcy, Po Box 182125, Columbus, OH 43218-2125 |
| 15702243 | + | Email/PDF: creditonebknotifications@resurgent.com | Mar 22 2025 00:53:44 | Credit One Bank, Attn: Bankruptcy Department, 6801 Cimarron Rd, Las Vegas, NV 89113-2273 |
| 15809666 | | Email/Text: EBNBKNOT@ford.com | Mar 22 2025 00:47:00 | Ford Motor Credit Company, LLC, Dept 55953 P.O. Box 55000, Detroit, MI 48255 |
| 15808176 | | Email/PDF: resurgentbknotifications@resurgent.com | Mar 22 2025 00:53:25 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 15702244 | + | Email/Text: EBNBKNOT@ford.com | Mar 22 2025 00:47:00 | Lincoln Automotive Finance, Attn: Bankrutcy, Po Box 542000, Omaha, NE 68154-8000 |
| 15807810 | + | Email/Text: bankruptcydpt@mcmcg.com | Mar 22 2025 00:46:00 | Midland Credit Management, Inc., PO Box 2037, Warren, MI 48090-2037 |
| 15702245 | + | Email/Text: bankruptcydpt@mcmcg.com | Mar 22 2025 00:46:00 | Midland Credit Mgmt. / Citibank, 320 E Big Beaver Road, Suite 300, Suite 100, Troy, MI 48083-1271 |

Case 24-20784-CMB    Doc 104    Filed 03/23/25    Entered 03/24/25 00:26:04    Desc
Imaged Certificate of Notice    Page 3 of 4

| District/off: 0315-2 | User: auto | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Mar 21, 2025 | Form ID: pdf900 | Total Noticed: 30 |

| Recip ID | | Notice Method | Date/Time | Name and Address |
|---|---|---|---|---|
| 15806134 | | Email/Text: Bankruptcy.Notices@pnc.com | Mar 22 2025 00:46:00 | PNC Bank, N.A., Attn: Bankruptcy, 3232 Newmark Drive, Miamisburg, OH 45342 |
| 15805143 | | Email/Text: Bankruptcy.Notices@pnc.com | Mar 22 2025 00:46:00 | PNC Bank, National Association, 3232 Newmark Drive, Miamisburg, OH 45342 |
| 15702246 | | Email/Text: Bankruptcy.Notices@pnc.com | Mar 22 2025 00:46:00 | Pnc Mortgage, Attn: Bankruptcy, 8177 Washington Church Rd,, Dayton, OH 45458 |
| 15809981 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Mar 22 2025 00:54:18 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 15807811 | | Email/Text: bnc-quantum@quantum3group.com | Mar 22 2025 00:46:00 | Quantum3 Group LLC as agent for, Comenity Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 15710910 | + | Email/Text: shari.stephenson@revcosolutions.com | Mar 22 2025 00:46:00 | REVCO SOLUTIONS, INC., 9339 PRIORITY WAY WEST DR #120, INDIANAPOLIS, IN 46240-6430 |
| 15702248 | + | Email/Text: bankruptcy@bbandt.com | Mar 22 2025 00:46:00 | Sheffield Financial, Attn: Bankruptcy, 214 N Tryon St, Charlotte, NC 28202-1078 |
| 15704890 | | Email/Text: bankruptcy@bbandt.com | Mar 22 2025 00:46:00 | Sheffield Financial, a division of Truist Bank, PO Box 1847, Wilson, NC 27894-1847 |
| 15702249 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Mar 22 2025 00:53:22 | Syncb, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 15702250 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Mar 22 2025 00:54:13 | Syncb/Old Navy / Barclays, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 15809838 | | Email/PDF: ais.sync.ebn@aisinfo.com | Mar 22 2025 00:54:07 | Synchrony Bank, PO Box 669805, Dallas, TX 75266-0757 |
| 15807360 | | Email/PDF: ebn_ais@aisinfo.com | Mar 22 2025 00:53:45 | Verizon, by American InfoSource as agent, PO Box 4457, Houston, TX 77210-4457 |
| 15715974 | + | Email/Text: bankruptcy@firstenergycorp.com | Mar 22 2025 00:46:00 | West Penn Power, 5001 NASA Blvd, Fairmont WV 26554-8248 |

TOTAL: 26

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| r | | Armand Ferrara, SWC Realty, 740 Tri County Lane, Suite 106 |
| cr | | Ford Motor Credit Company LLC |
| cr | | PNC BANK, NATIONAL ASSOCIATION |

TOTAL: 3 Undeliverable, 0 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 23, 2025            Signature:        /s/Gustava Winters

Case 24-20784-CMB    Doc 104    Filed 03/23/25    Entered 03/24/25 00:26:04    Desc
Imaged Certificate of Notice    Page 4 of 4

| District/off: 0315-2 | User: auto | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Mar 21, 2025 | Form ID: pdf900 | Total Noticed: 30 |

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 21, 2025 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Brent J. Lemon | on behalf of Creditor PNC BANK  NATIONAL ASSOCIATION blemon@kmllawgroup.com, lemondropper75@hotmail.com |
| David A. Rice | on behalf of Joint Debtor Amanda Pendo ricelaw1@verizon.net  lowdenscott@gmail.com |
| David A. Rice | on behalf of Debtor Brian Pendo ricelaw1@verizon.net  lowdenscott@gmail.com |
| Denise Carlon | on behalf of Creditor PNC BANK  NATIONAL ASSOCIATION dcarlon@kmllawgroup.com |
| Michael H Kaliner | on behalf of Creditor Ford Motor Credit Company LLC mkaliner@orlans.com |
| Michelle L. McGowan | on behalf of Creditor PNC Bank  National Association mimcgowan@raslg.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Robert Shearer | on behalf of Creditor PNC Bank  National Association rshearer@raslg.com |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |
| Scott R. Lowden | on behalf of Debtor Brian Pendo lowdenscott@gmail.com |
| Scott R. Lowden | on behalf of Joint Debtor Amanda Pendo lowdenscott@gmail.com |

TOTAL: 11